UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEW YORK MARINE AND GENERAL
INSURANCE COMPANY,

                  Plaintiff,

    v.

CERTAIN INTERESTED UNDERWRITERS
AT LLOYD'S LONDON,

                  Defendant.

21-cv-05820 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

On July 16, 2021, defendant filed a Statement of Relatedness, ECF 7, requesting that this case be filed as related to 21-cv-00804, Certain Underwriters at Lloyd's London v. Monster Concrete Inc. et al. The case was accepted as related on July 20, 2021.

On August 25, 2022, this Court received a letter from plaintiff's counsel in 21-cv-00804. The letter notified the Court that several of the "Names" constituting one of the syndicates subscribing to the policies in question did not meet the amount in controversy requirement set forth in 28 U.S.C. § 1332. At the request of both parties, the matter was remanded to New York Supreme Court on August 26, 2022. ECF 47.

The parties to this case are directed to notify the Court in writing within ten days whether they agree that this related case should similarly be remanded to New York Supreme Court.

Dated: New York, New York
        September 16, 2022

SO ORDERED:

_Sidney H. Stein_
Sidney H. Stein, U.S.D.J.